UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOSEPH HUNTLEY,<br>　　　　　　　Supervisee. | No. 16-cr-490 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　　IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, December 19, 2023, at 10:00 a.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 at which time the Court will present Mr. Huntley on the alleged violations of supervised release set forth in Probation's report dated November 17, 2023.

SO ORDERED.

Dated:　　November 28, 2023
　　　　　New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation