UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSEPH HUNTLEY,

Supervisee.

No. 16-cr-490 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Thursday,

April 4, 2024, at 10:00 a.m., in Courtroom 21C at the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:       March 29, 2024
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation