UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOSEPH HUNTLEY,<br>　　　　　　　　Supervisee. | No. 16-cr-490 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

      In light of a change in the Court's calendar, the Court is no longer available to hold the full-day evidentiary hearing scheduled for May 8, 2024.  Accordingly, IT IS HEREBY ORDERED THAT the evidentiary hearing originally scheduled for that day is adjourned.  Nevertheless, in order to facilitate the selection of a mutually convenient date for the re-scheduled hearing and to preview the parties' anticipated witnesses and evidence at that hearing, IT IS HEREBY ORDERED that the parties shall appear (as previously scheduled) for a conference on May 8, 2024 at 10:00 am, in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    May 6, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation