UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSEPH HUNTLEY,

                Supervisee.

No. 16-cr-490 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons stated on the record, IT IS HEREBY ORDERED THAT Supervisee is detained pending resolution of his violation of supervised release proceedings.

SO ORDERED.

Dated:    May 8, 2024
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation