UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOSEPH HUNTLEY,<br>　　　　　　　　　Supervisee. | No. 16-cr-490 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record during today's conference, IT IS HEREBY ORDERED THAT the Memo Endorsement dated April 26, 2024, and the Memo Endorsement dated May 6, 2024, shall be unsealed. The Clerk of Court is respectfully directed to file both Memo Endorsements on the public docket.

SO ORDERED.

Dated:　　May 8, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　Sitting by Designation