UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 16-cr-490 (RJS) |
| | ORDER |
| JOSEPH HUNTLEY, | |
| Supervisee. | |

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record during today's conference, IT IS HEREBY ORDERED THAT Ms. Marisa Cabrera is relieved as Supervisee's counsel.  IT IS FURTHER ORDERED THAT Ms. Sarah Sacks is appointed as CJA counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee during the pendency of his supervised release proceedings.

SO ORDERED.

Dated:     May 8, 2024
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation