# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

May 22, 2024

Hon. Richard J. Sullivan
United States Court of Appeals
for the Second Circuit
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2530
New York, New York 10007

Filed on ECF

<u>United States v. Joseph Huntley</u>
16 Cr. 490 (RJS)

Dear Judge Sullivan:

      We represent Joseph Huntley pursuant to the Criminal Justice Act in this VOSR matter. Your Honor directed us to submit a letter by today to advise the Court as to how our client wishes to proceed in this matter. We saw him in person at the MDC last Friday and had hoped to speak with him again this week before informing the Court of our position, however the MDC has been closed to legal visits since Monday and they also cancelled the legal call we had scheduled with Mr. Huntley for earlier today. For these reasons, we respectfully request that we be given additional time until next week to provide our update letter to the Court.

Respectfully submitted,

*Sarah M. Sacks*

---

```
The request is GRANTED. Counsel shall
submit an update letter by May 31, 2024.
```

SO ORDERED

May 23, 2024

_____
RICHARD J. SULLIVAN
United States Circuit Judge
Sitting by Designation