UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOSEPH HUNTLEY,<br>                  Supervisee. | No. 16-cr-490 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT the parties shall appear before the Court on June 12, 2024, at 9:30 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at which time it is anticipated that Supervisee will admit to the alleged violations of supervised release set forth in the Probation Office's April 25, 2024 report.

SO ORDERED.

Dated:      June 3, 2024
                New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation