UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOSEPH HUNTLEY,<br>                    Supervisee. | No. 16-cr-490 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

IT IS HEREBY ORDERED THAT the sentencing in this matter, currently scheduled to take place on July 12, 2024 at 12:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, will instead take place in Courtroom 6B.

SO ORDERED.

Dated:   July 10, 2024
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation